UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH MERCED, | ) | Civil No. 09cv2028 L(AJB) |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [doc. #6]** |
| v. | ) ) | |
| CARDWORKS SERVICING, | ) ) | |
| Defendant. | ) ) ) | |

Based upon a settlement agreement entered into between the parties, the joint motion to dismiss the above-captioned case with prejudice is **GRANTED**.  The Court shall retain jurisdiction for the purpose of enforcing the settlement agreement until February 19, 2010. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 8, 2010

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

09cv2028

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28